**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Terrence Patrick McGovern
Kimberly Ann McGovern

CASE NO.: 6:21-bk-04688

Debtor(s).
_____/

## CHAPTER 13 PLAN

A.    **NOTICES**.

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | Included | Not Included |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | ☐ | ☐ X |
| Nonstandard provisions, set out in Section E. | ☐ | ☐ X |
| THIS AMENDED PLAN PROVIDES FOR PAYMENTS TO [NAME OF SECURED CREDITOR/LESSOR] TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | ☐ | ☐ X |

**NOTICE TO DEBTOR: IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO A SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Effective August 1, 2020.

AUTOMATIC STAY DOES NOT APPLY, AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.

SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.

B. **MONTHLY PLAN PAYMENTS.** Plan payments ("Plan Payments") include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make Plan Payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

$__3450_____ from month ____1____ through ____60_____.
$_____ from month _____ through _____.
$_____ from month _____ through _____.

C. **PROPOSED DISTRIBUTIONS.**

  1. **ADMINISTRATIVE ATTORNEY'S FEES.**

  Base Fee $__4500____ Total Paid Prepetition $___2013___ Balance Due $_2487_____

  MMM Fee $___0____ Total Paid Prepetition $___0_____ Balance Due $___0_____

  Estimated Monitoring Fee at $ _50___ per Month.

  Attorney's Fees Payable Through Plan at $__171_____ Monthly (subject to adjustment).

  2. **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A)).**

| Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| NONE | | |
| | | |

  3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| 2891 | IRS | $9,000 |
| | | |

  4. **TRUSTEE FEES.** From each Plan Payment received from Debtor, the Trustee shall

2

receive a fee, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Debtor's Plan Payments are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

**(a) Claims Secured by Debtor's Principal Residence that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 8094 | SN Serv | 873 Eagle Claw Ct., Lake Mary, FL 32746 | $2,284 | NONE | $30,000 |
|  |  |  |  |  |  |

**(b) Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's real property. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

**(c) Claims Secured by Real Property - Debtor Seeks Mortgage Modification Mediation (MMM). No later than 90 days from the petition date or the date the case converts to Chapter 13, Debtor shall file a motion seeking MMM. Information and forms related to MMM are available in the Court's procedure manual on the Court's website, www.flmb.uscourts.gov.** Pending the resolution of the MMM, the Plan Payments shall include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. If Debtor obtains a modification of the mortgage, the modified payments shall be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|
| NONE | | | |
| | | | |

**(d) Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| NONE | | | | | | |
| | | | | | | |

**(e) Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under 11 U.S.C. § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under 11 U.S.C. § 506 to determine secured status and to strip a lien.

4

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| NONE | | |
| | | |

**(f) Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for Debtor's personal use; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

**(g) Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan Under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

**(h) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1322(b)(5).** Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

**(i) Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| 0001 | Nissan Motor | 2020 Alitma |
| | | |

**(j) Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| NONE | | |
| | | |

**(k) Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| NONE | | |
| | | |

6.    **LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

(a) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1325(b)(5).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows. Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

(b) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these leases/executory contracts are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|
| NONE | | |
| | | |

(c) **Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral to be Surrendered |
|---|---|---|
| NONE | | |
| | | |

    **7.**    **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $__pro rata_____.

**D.**    **GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not provided for under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by order of the Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

    (a) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

    (b) _____ shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to the Plan Payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E. **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this Section are deemed void and are stricken.

_____
_____
_____

## CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

SIGNATURE(S):

Debtor(s)

X _____  Date  10-15-2021

X _____  Date  10/15/2021

Attorney for Debtor(s)

_____  Date  10/15/2021

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
Terrence Patrick McGovern
Kimberly Ann McGovern

CASE NO.: 6:21-bk-04688

Debtor(s).
_____/

## CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN

COMES NOW, the undersigned counsel hereby certifies that copies of the Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, and to Debtors Terrance McGovern and Kimberly McGovern, 873 Eagle Claw Court, Lake Mary, FL 32746, this 15th day of October, 2021.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com

| DUE DATE 14th | | 21-04688 11/14/2021 Unsecured | | Debtor Pmt | 10.0% | | | $2,487.00 ATTY | | MONITORING FEE | | #350 SN SERV | | | SN SERV ARRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 | 60 | | | | | $2,487.00 | | | | | | | $30,000.00 |
| 11/14/2021 | 1 | $0.00 | | $3,450.00 | $345.00 | | | $171.00 | | | | $2,284.00 | | | $500.00 |
| 12/14/2021 | 2 | $0.00 | | $3,450.00 | $345.00 | | | $171.00 | | | | $2,284.00 | | | $500.00 |
| 1/14/2022 | 3 | $0.00 | | $3,450.00 | $345.00 | | | $171.00 | | | | $2,284.00 | | | $500.00 |
| 2/14/2022 | 4 | $0.00 | | $3,450.00 | $345.00 | | | $171.00 | | | | $2,284.00 | | | $500.00 |
| 3/14/2022 | 5 | $0.00 | | $3,450.00 | $345.00 | 5 | at | $171.00 | 5 at | | | $2,284.00 | | | $500.00 |
| 4/14/2022 | 6 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 5/14/2022 | 7 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 6/14/2022 | 8 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 7/14/2022 | 9 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 8/14/2022 | 10 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 9/14/2022 | 11 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 10/14/2022 | 12 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 11/14/2022 | 13 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 12/14/2022 | 14 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 1/14/2023 | 15 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 2/14/2023 | 16 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 3/14/2023 | 17 | $0.00 | | $3,450.00 | $345.00 | | | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 4/14/2023 | 18 | $0.00 | | $3,450.00 | $345.00 | 13 | at | $121.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 5/14/2023 | 19 | $0.00 | | $3,450.00 | $345.00 | 1 | at | $59.00 | | $50.00 | | $2,284.00 | | | $500.00 |
| 6/14/2023 | 20 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 7/14/2023 | 21 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 8/14/2023 | 22 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 9/14/2023 | 23 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 10/14/2023 | 24 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 11/14/2023 | 25 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 12/14/2023 | 26 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 1/14/2024 | 27 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 2/14/2024 | 28 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 3/14/2024 | 29 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 4/14/2024 | 30 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 5/14/2024 | 31 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 6/14/2024 | 32 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 7/14/2024 | 33 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 8/14/2024 | 34 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 9/14/2024 | 35 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 10/14/2024 | 36 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 11/14/2024 | 37 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 12/14/2024 | 38 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 1/14/2025 | 39 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 2/14/2025 | 40 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | | $500.00 |
| 3/14/2025 | 41 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | 41 at | $500.00 |
| 4/14/2025 | 42 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | 1 at | $645.00 |
| 5/14/2025 | 43 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 6/14/2025 | 44 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 7/14/2025 | 45 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 8/14/2025 | 46 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 9/14/2025 | 47 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 10/14/2025 | 48 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 11/14/2025 | 49 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 12/14/2025 | 50 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 1/14/2026 | 51 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 2/14/2026 | 52 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | $771.00 |
| 3/14/2026 | 53 | $0.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | 11 at | $771.00 |
| 4/14/2026 | 54 | $397.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | 1 at | $374.00 |
| 5/14/2026 | 55 | $771.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | |
| 6/14/2026 | 56 | $771.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | |
| 7/14/2026 | 57 | $771.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | |
| 8/14/2026 | 58 | $771.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | |
| 9/14/2026 | 59 | $771.00 | | $3,450.00 | $345.00 | | | | | $50.00 | | $2,284.00 | | |
| 10/14/2026 | 60 | $771.00 | 60 at | $3,450.00 | $345.00 | 41 at | | | 55 at | $50.00 | 60 at | $2,284.00 | 6 at | |
| | | $5,023.00 | | $207,000.00 | $20,700.00 | | | $2,487.00 | | $2,750.00 | | $137,040.00 | | $30,000.00 |
| LIQ 4615.71 | | $264,421.00 | | | | | | ATTY | | | | | | |
| | | 2% | | | | | | | | | | | | |
| | | | | | | | | $2,487.00 | | | | | | 30000.00 |

| DUE DATE 14th | | Nissan Motor | | | IRS PRIORITY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | $9,000.00 | | | | | | | |
| 11/14/2021 | 1 | 1 at | DIRECT | | $150.00 | | | | | | | |
| 12/14/2021 | 2 | | | | $150.00 | | | | | | | |
| 1/14/2022 | 3 | | | | $150.00 | | | | | | | |
| 2/14/2022 | 4 | | | | $150.00 | | | | | | | |
| 3/14/2022 | 5 | | | | $150.00 | | | | | | | |
| 4/14/2022 | 6 | | | | $150.00 | | | | | | | |
| 5/14/2022 | 7 | | | | $150.00 | | | | | | | |
| 6/14/2022 | 8 | | | | $150.00 | | | | | | | |
| 7/14/2022 | 9 | | | | $150.00 | | | | | | | |
| 8/14/2022 | 10 | | | | $150.00 | | | | | | | |
| 9/14/2022 | 11 | | | | $150.00 | | | | | | | |
| 10/14/2022 | 12 | | | | $150.00 | | | | | | | |
| 11/14/2022 | 13 | | | | $150.00 | | | | | | | |
| 12/14/2022 | 14 | | | | $150.00 | | | | | | | |
| 1/14/2023 | 15 | | | | $150.00 | | | | | | | |
| 2/14/2023 | 16 | | | | $150.00 | | | | | | | |
| 3/14/2023 | 17 | | | | $150.00 | | | | | | | |
| 4/14/2023 | 18 | | | 18 at | $150.00 | | | | | | | |
| 5/14/2023 | 19 | | | 1 at | $212.00 | | | | | | | |
| 6/14/2023 | 20 | | | | $271.00 | | | | | | | |
| 7/14/2023 | 21 | | | | $271.00 | | | | | | | |
| 8/14/2023 | 22 | | | | $271.00 | | | | | | | |
| 9/14/2023 | 23 | | | | $271.00 | | | | | | | |
| 10/14/2023 | 24 | | | | $271.00 | | | | | | | |
| 11/14/2023 | 25 | | | | $271.00 | | | | | | | |
| 12/14/2023 | 26 | | | | $271.00 | | | | | | | |
| 1/14/2024 | 27 | | | | $271.00 | | | | | | | |
| 2/14/2024 | 28 | | | | $271.00 | | | | | | | |
| 3/14/2024 | 29 | | | | $271.00 | | | | | | | |
| 4/14/2024 | 30 | | | | $271.00 | | | | | | | |
| 5/14/2024 | 31 | | | | $271.00 | | | | | | | |
| 6/14/2024 | 32 | | | | $271.00 | | | | | | | |
| 7/14/2024 | 33 | | | | $271.00 | | | | | | | |
| 8/14/2024 | 34 | | | | $271.00 | | | | | | | |
| 9/14/2024 | 35 | | | | $271.00 | | | | | | | |
| 10/14/2024 | 36 | | | | $271.00 | | | | | | | |
| 11/14/2024 | 37 | | | | $271.00 | | | | | | | |
| 12/14/2024 | 38 | | | | $271.00 | | | | | | | |
| 1/14/2025 | 39 | | | | $271.00 | | | | | | | |
| 2/14/2025 | 40 | | | | $271.00 | | | | | | | |
| 3/14/2025 | 41 | | | 22 at | $271.00 | | | | | | | |
| 4/14/2025 | 42 | | | 1 at | $126.00 | | | | | | | |
| 5/14/2025 | 43 | | | | | | | | | | | | |
| 6/14/2025 | 44 | | | | | | | | | | | | |
| 7/14/2025 | 45 | | | | | | | | | | | | |
| 8/14/2025 | 46 | | | | | | | | | | | | |
| 9/14/2025 | 47 | | | | | | | | | | | | |
| 10/14/2025 | 48 | | | | | | | | | | | | |
| 11/14/2025 | 49 | | | | | | | | | | | | |
| 12/14/2025 | 50 | | | | | | | | | | | | |
| 1/14/2026 | 51 | | | | | | | | | | | | |
| 2/14/2026 | 52 | | | | | | | | | | | | |
| 3/14/2026 | 53 | | | | | | | | | | | | |
| 4/14/2026 | 54 | | | | | | | | | | | | |
| 5/14/2026 | 55 | | | | | | | | | | | | |
| 6/14/2026 | 56 | | | | | | | | | | | | |
| 7/14/2026 | 57 | | | | | | | | | | | | |
| 8/14/2026 | 58 | | | | | | | | | | | | |
| 9/14/2026 | 59 | | | | | | | | | | | | |
| 10/14/2026 | 60 | 59 at | | | | 60 at | | 60 at | | 60 at | | 60 at | | 60 at |
| | | | | | $9,000.00 | | | | | | | |
| LIQ 4615.71 | | | | | | | | | | | | |
| | | | | | 9000.00 | | | | | | | |

```
Label Matrix for local noticing          Kimberly Ann McGovern                   Terrence Patrick McGovern
113A-6                                    873 Eagle Claw Ct                       873 Eagle Claw Ct
Case 6:21-bk-04688                        Lake Mary, FL 32746-4884                Lake Mary, FL 32746-4884
Middle District of Florida
Orlando
Fri Oct 15 17:20:14 EDT 2021

Advanced Collection Bureau, Inc.          Advanced Collection Bureau, Inc.       Ally Financial
1535 North Cogswell Street, Suite B-8     Po Box 560063                           Attn: Bankruptcy
Po Box 560063                             Rockledge, FL 32956-0063                Po Box 380901
Rockledge, FL 32956-0063                                                          Bloomington, MN 55438-0901

Ally Financial                            Alyson McGovern                         Avant
P.o. Box 380901                           873 Eagle Claw Court                    222 N. Lasalle St
Bloomington, MN 55438-0901                Lake Mary, FL 32746-4884                Chicago, IL 60601-1003

Avant                                     Bank of America                         (p)BANK OF AMERICA
Attn: Bankruptcy                          Attn: Bankruptcy                        PO BOX 982238
Po Box 9183380                            4909 Savarese Circle                    EL PASO TX 79998-2238
Chicago, IL 60691-3380                    Tampa, FL 33634-2413

Caliber Home Loans                        Caliber Home Loans                      Capital One
715 S Metropolitan Ave                    Attn: Cash Operations                   Attn: Bankruptcy
Oklahoma City, OK 73108-2054              Po Box 24330                            Po Box 30285
                                          Oklahoma City, OK 73124-0330            Salt Lake City, UT 84130-0285

Capital One                               Citibank/Exxon Mobile                   Citibank/Exxon Mobile
Po Box 31293                              Attn: Bankruptcy                        Po Box 6497
Salt Lake City, UT 84131-0293             Po Box 790034                           Sioux Falls, SD 57117-6497
                                          St Louis, MO 63179-0034

Comenity Bank/Victoria Secret             Comenity Bank/Victoria Secret           Credit One Bank
Attn: Bankruptcy                          Po Box 182789                           Attn: Bankruptcy Department
Po Box 182125                             Columbus, OH 43218-2789                 Po Box 98873
Columbus, OH 43218-2125                                                           Las Vegas, NV 89193-8873

Credit One Bank                           Dsnb Bloomingdales                      Dsnb Bloomingdales
Po Box 98872                              Attn: Recovery 'Bk'                     Po Box 6789
Las Vegas, NV 89193-8872                  Po Box 9111                             Sioux Falls, SD 57117-6789
                                          Mason, OH 45040

Florida Department of Revenue             Fox Collection Center                   Fox Collection Center
Bankruptcy Unit                           Attn: Bankruptcy                        Pob 528
Post Office Box 6668                      Po Box 528                              Goodlettsville, TN 37070-0528
Tallahassee FL 32314-6668                 Goodlettsvile, TN 37070-0528

Internal Revenue Service                  Lendclub Bnk                            Lendclub Bnk
PO BOX 7346                               595 Market St                           Attn: Bankruptcy
Philadelphia, PA 19101-7346               San Francisco, CA 94105-2802            595 Market Street, Suite 200
                                                                                  San Francisco, CA 94105-2802
```

| | | |
|---|---|---|
| LendingClub<br>595 Market St<br>San Francisco, CA 94105-2807 | LendingClub<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-2807 | NMAC<br>Attn: Bankruptcy<br>Po Box 660366<br>Dallas, TX 75266-0366 |
| NMAC<br>Pob 660366<br>Dallas, TX 75266-0366 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wiles-Barr, PA 18773-9640 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 |
| Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 3229<br>Wilmington, DE 19804-0229 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Nissan Motor Acceptance Corp<br>Attn: Bankruptcy<br>Po Box 660366<br>Dallas, TX 75266-0366 | (p)RECEIVABLE MANAGEMENT GROUP<br>ATTN BANKRUPTCY<br>2901 UNIVERSITY AVE STE #29<br>COLUMBUS GA 31907-7601 |
| Regions Bank<br>720 North 39th Street<br>Birmingham, AL 35222-1112 | Regions Bank<br>Attn: Bankruptcy<br>2050 Parkway Office Circle<br>Hoover, AL 35244-1805 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 |
| Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 | Sls/equity<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129-2302 | Sls/equity<br>Attn: Bankruptcy<br>8742 Lucent Blvd.<br>Highlands Ranch, CO 80129-2302 |
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Po Box 965028<br>Orlando, FL 32896-5028 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Po Box 965005<br>Orlando, FL 32896-5005 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Wayne B Spivak +<br>Attorneys Justin Clark & Associates PLLC<br>500 Winderley Place, Unit 100<br>Maitland, FL 32751-7406 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

(d)Bank of America
Po Box 982238
El Paso, TX 79998

Receivables Management Group
2901 University Av
Columbus, GA 31907

(d)Receivables Management Group
Attn: Bankruptcy
2901 University Ave. Suite #29
Columbus, GA 31917

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

End of Label Matrix
Mailable recipients   58
Bypassed recipients    1
Total                 59